Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz

Attorney for WEST ASSET MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA BOORMAN, | Case No.  09-CV-01305-WBS-DAD |
| Plaintiff, | |
| vs. | STIPULATION TO DISMISS WITH PREJUDICE; ORDER |
| WEST ASSET MANAGEMENT, | |
| Defendant. | |

Plaintiff, LIZA BOORMAN, filed the present action against WEST ASSET MANAGEMENT, INC. ("West") on May 12, 2009.  West filed its responsive pleading on June 15, 2009.  The parties subsequently resolved the action in its entirety.  As part of said resolution, the parties agree to dismiss the entire action with prejudice.

///

///

1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

Dated: 7/8/09                    KROHN & MOSS, LTD.

/s/ Nicholas J. Bontrager
Nicholas J. Bontrager
Attorney for Plaintiff,
Liza Boorman

Dated: 7/8/09                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/Debbie P. Kirkpatrick
Debbie P. Kirkpatrick,
Attorney for Defendant,
West Asset Management, Inc.

IT IS SO ORDERED.

Dated:  July 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE